# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Donald Black, Marcia Black, Larry Martin, Rebecca Martin, Barbara Thompson, and James Thompson,<br><br>For themselves and a Class of Similarly Situated Plaintiffs,<br><br>Plaintiffs,<br><br>vs.<br><br>Mantei & Associates, Ltd., Ricky Alan Mantei, Cindy Chiellini, Centaurus Financial, Inc., and J.P. Turner & Company, L.L.C,<br><br>Defendants. | ) C/A NO. 3:23-cv-04149-SAL<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)      **AFFIDAVIT OF**<br>)   **MITCHELL WILLOUGHBY**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

PERSONALLY APPEARED before me, Mitchell Willoughby, who, being duly sworn, states as follows:

1.      My name is Mitchell Willoughby, I am over eighteen years old and competent to provide testimony in this case based on my personal knowledge regarding the matters addressed herein. I affirm that all statements included herein are truthful and accurate.

2.      I am an attorney and shareholder at the law firm of Willoughby Humphrey & D'Antoni, P.A.  Our firm is a veteran owned firm due to the military service of myself and shareholder Andrew J. D'Antoni.

3.      I, along with R. Walker Humphrey, II, Elizabeth Zeck, and Margaret O'Shields, represent the Named Plaintiffs Donald Black, Marcia Black, Larry Martin, Rebecca Martin, Barbara Thompson, and James Thompson in the above-captioned case. The statements made in this affidavit are based upon my personal knowledge and involvement in this litigation.

4.      Each attorney involved in this matter has worked faithfully, diligently, and efficiently during the time he or she has devoted to this case, including seeking and obtaining the second remand of this matter to the Court of Common Pleas for Lexington County.

5.      I have over 45 years' experience practicing law and approximately 36 years' experience litigating securities cases. I have an "AV" rating from Martindale Hubbell, which is that publishing firm's best rating. I also hold that firm's preeminent designation, which I have held for over 25 years. In addition, I have been awarded the designation of The Best Lawyers in America for many years.  I have tried numerous cases to verdict in both state and federal courts, and have represented a wide range of clients in all types of complex litigation.

6.      Mr. Humphrey has been practicing law for 13 years.  He has substantial litigation experience in state, federal, and administrative courts. Mr. Humphrey clerked for two years for the Honorable Kaye G. Hearn at the Supreme Court of South Carolina and practiced with the law firm of Waters & Kraus, LLP of Dallas, Texas as a national trial attorney for four- and one-half years. I have practiced with Mr. Humphrey since he returned to South Carolina in 2017.  Mr. Humphrey has tried cases in five different states and in FINRA arbitration, otherwise litigated cases in several other states, argued before federal and state appellate courts, and is licensed to practice in the states of South Carolina and California.

7.      Ms. O'Shields graduated from the University of South Carolina School of Law in 2021.  She worked with Mr. Willoughby, Mr. Humphrey, and Ms. Zeck prior to and during law school.  Since graduation, she has focused her practice on complex litigation and appeals, with a particular focus on securities litigation.

8.      We filed this case on June 28, 2019.  By the time of Defendants' second removal of this case on August 18, 2023, we had obtained millions of pages of records in discovery, taken

2

numerous depositions, and disclosed our expert witnesses. Defendants were scheduled to disclose their experts on the day they removed the case, except we consented at Defendants' request to a two-week extension of time while not being informed of Defendants' intent to remove the case. Pre-class certification discovery was scheduled to close on November 17, 2023. Our motion for class certification was to be filed by December 15, 2023.

9.    If Defendants had successfully invoked the Securities Litigation Uniform Standards Act ("SLUSA") as the basis for their second removal[1], we anticipated Defendants would likely move to dismiss the entire case under SLUSA. We therefore had to seek remand quickly and vigorously, as the viability of this case after years of work was at stake.

10.    Between August 18, 2023, the date of removal, and September 26, 2023, the filing of Defendants' sur-reply, this firm's fees are reflected in the chart below:

**Time and Fees Related to Remand**

| Attorney | Hours | Rate | Fees |
|---|---|---|---|
| Mitchell Willoughby | 24 | $700.00 | $16,800.00 |
| Walker Humphrey | 43.3 | $600.00 | $25,980.00 |
| Margaret O'Shields | 45.2 | $375.00 | $16,950.00 |
| **Total** | **112.5** | | **$59,730.00** |

11. In addition, we have devoted time and effort to filing the needed evidence and briefing to reflect the amount of attorneys fees and costs. That time and effort is set forth in the chart below:

---

[1] The second removal action by Defendants should not have invoked SLUSA as the Court found, but the risk was so great for our clients that our team was compelled to carefully analyze, research and brief all issues asserted by Defendants.

3

**Time and Fees Related to Filing Evidence/Briefing Re: Amount of Attorneys Fees & Costs**

| Attorney | Hours | Rate | Fees |
|---|---|---|---|
| Mitchell Willoughby | 9 | $700.00 | $6,300.00 |
| Walker Humphrey | 19.9 | $600.00 | $11,940.00 |
| Margaret O'Shields | 34.6 | $375.00 | $12,975.00 |
| Total | 63.5 | | $31,215.00 |

A detailed listing of these fees including narratives is attached hereto as **Exhibit 1.**

12. In my opinion these fees are reasonable and consistent with factors to be considered under Local Rule 54.02, as described more fully in the memorandum accompanying this affidavit. These rates are reasonable and consistent with those customarily charged in this locality for similar legal services, for cases with a level of difficulty and complexity such as this one, and by lawyers that have the level of experience and specific expertise in similar securities matters

13. Additionally, Named Plaintiffs have incurred costs in connection with obtaining remand of this matter and providing evidence of the reasonableness of its attorney fees and costs. The below table itemizes these costs:

| Description of Cost | Amount |
|---|---|
| Online Research | $701.69 |
| Copies | $170.40 |
| Copies | $791.62 |
| Online Research | $52.20 |
| Online Research | $2,514.30 |
| **Subtotal** | **$4,230.21** |
| Invoice of SLCG Economic Consulting Re: Dr. McCann | $4,477.50 |
| Fees Re: Expert Opinion of John S. Simmons, Esquire | $1,875.00 |
| **Total** | **$10,582.71** |

14. All attorneys' fees and costs discussed in the preceding paragraphs, which total $101,527.71, were reasonably and necessarily incurred by Named Plaintiffs in seeking and obtaining remand, as well as required to provide evidence of the reasonableness of our attorney fees and costs, and they represent fees and costs to which Named Plaintiffs are entitled to recover pursuant to 28 U.S.C. § 1447(c).  We therefore respectfully request the Court to award the total amount of attorney fees and costs of $101,527.71.

**FURTHER AFFIANT SAYETH NOT.**

_____
Mitchell Willoughby

SWORN TO AND SUBSCRIBED BEFORE ME
This 22nd day of November 2023.

_____
Notary Public for South Carolina
My Commission Expires: 02/04/2029



5

# Exhibit 1

# To Affidavit of Mitchell Willoughby



# WILLOUGHBY HUMPHREY & D'ANTONI

| | |
|---|---|
| **Statement No:** | 1053 |
| **Date:** | 11-22-2023 |

Donald Black

**Matter Number:**   0938-0001 - Donald Black, Marcia Black, Larry Martin, Rebecca Martin, Barbara Thompson, and James Thompson v. Mantei & Associates, Ltd. Ricky Alan Mantei, Cindy Chiellini, Centaurus Financial, Inc., and J.P. Turner & Company, LLC

**Matter Name:**   Black, et al v. Mantei & Associates, Ltd., Centaurus Financial, Inc., and J.P. Turner & Company, LLC

## Fees

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 08-18-23 | RWH | Review notice of removal and related materials. | 1.10 | |
| 08-18-23 | RWH | Work on discovery issues | 2.00 | |
| 08-19-23 | MMO | Review Defendants' Removal notice; review W. Humphrey's analysis. | 0.50 | |
| 08-19-23 | MW | Analyze and review Second Removal Notice | 1.50 | |
| 08-19-23 | RWH | Work on second motion to remand. | 6.30 | |
| 08-20-23 | RWH | Work on second motion to remand. | 5.10 | |
| 08-21-23 | MMO | Work on Plaintiffs' Motion to Remand; review/analyze case law and Defendants' Notice of Removal re: same | 6.20 | |
| 08-21-23 | RWH | Work on second motion to remand; work on Local Rule Interrogatory 26.01 responses. | 2.90 | |
| 08-21-23 | MW | Analyze and review removal notice; work on motion to remand | 2.50 | |
| 08-22-23 | MMO | Work on Plaintiffs' Motion to Remand/Plaintiffs' responses to local interrogatories; review/analyze case law and Defendants' Notice of Removal re: same | 7.40 | |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 08-22-23 | RWH | Work on second motion to remand; work on Local Rule 26.01 responses. | 3.50 |
| 08-22-23 | MW | Work on motion to remand | 3.00 |
| 08-29-23 | MW | Analyze and review reply filed by defendants to Court's standing interrogatories. | 0.50 |
| 09-05-23 | RWH | Review and analyze Defendants' opposition to motion to remand, outlining reply to same. | 2.90 |
| 09-06-23 | RWH | Work on issues re reply in support of motion to remand. | 0.90 |
| 09-06-23 | MMO | Review/analyze Defendants' opposition to motion to remand; research/analyze case law re: Plaintiffs' reply ISO motion to remand. | 6.00 |
| 09-07-23 | MW | Analyze/review Defendant's Brief in Opposition; identify issues for reply | 3.50 |
| 09-09-23 | MMO | Research/analyze case law; draft/revise reply iso of motion to remand. | 2.00 |
| 09-10-23 | MMO | Research/analyze case law; draft/revise reply iso of motion to remand. | 2.50 |
| 09-11-23 | MMO | Research/analyze case law; draft/revise reply iso of motion to remand. | 8.00 |
| 09-11-23 | RWH | Work on reply in support of motion to remand. | 6.10 |
| 09-11-23 | MW | Work on reply in support of motion to remand; confer with Dr. McCann's office | 4.50 |
| 09-12-23 | MMO | Research/analyze case law; draft/revise reply iso of motion to remand. | 12.60 |
| 09-12-23 | RWH | Work on reply in support of motion to remand. | 12.50 |
| 09-12-23 | MW | Work on reply in support of motion to remand; confer with Dr. McCann and Ms. Song re: same. | 7.50 |
| 09-19-23 | MW | Analyze and review sur-reply filed by defendants and the motion to remand matter. | 1.00 |

Fees Subtotal:  $59,730.00

**Exhibit 1**
**Page 3 of 6**

**Expenses**

| Date | Description | Amount |
|---|---|---|
| 08-31-23 | Online Research | 701.69 |
| 09-15-23 | Photocopies | 170.40 |
| 09-29-23 | Photocopies | 791.62 |
| 09-29-23 | Online Research | 52.20 |
| 09-29-23 | Online Research | 2514.30 |
| 11-22-23 | Invoice of SLCG Economic Consulting re: Dr. McCann | 4477.50 |

Expenses Subtotal: $8,707.71

| | |
|---|---|
| **Total** | $68,437.71 |
| **Payment** | $0.00 |
| **Total Balance Due** | $68,437.71 |

**Timekeeper Summary**

| Name | Initials | Hours | Rate | Total |
|---|---|---|---|---|
| Margaret O'Shields | MMO | 45.20 | 375.00 | $16,950.00 |
| Mitchell Willoughby | MW | 24.00 | 700.00 | $16,800.00 |
| Walker Humphrey | RWH | 43.30 | 600.00 | $25,980.00 |
| **Total** | | **112.50** | | **$59,730.00** |

**Exhibit 1**
**Page 4 of 6**



# WILLOUGHBY HUMPHREY & D'ANTONI

| | |
|---|---|
| **Statement No:** | 1054 |
| **Date:** | 11-22-2023 |

Donald Black

**Matter Number:**  0938-0001 - Donald Black, Marcia Black, Larry Martin, Rebecca Martin, Barbara Thompson, and James Thompson v. Mantei & Associates, Ltd. Ricky Alan Mantei, Cindy Chiellini, Centaurus Financial, Inc., and J.P. Turner & Company, LLC

**Matter Name:**  Black, et al v. Mantei & Associates, Ltd., Centaurus Financial, Inc., and J.P. Turner & Company, LLC

**Fees**

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 11-08-23 | RWH | Review order granting remand, confer with Ms. O'Shields re same; confer with Ms. Gavin re attorneys' fees and costs. | 0.90 | |
| 11-09-23 | RWH | Research and analysis re: standard for award of attorneys' fees, coordinate collection of information needed for same | 1.20 | |
| 11-17-23 | RWH | Legal research and analysis re: standard for awarding attorneys' fees and costs; review documents in file re: attorneys' fees and costs; begin drafting supporting briefing | 2.00 | |
| 11-17-23 | MMO | Research/analyze case law re: memorandum in support of attorneys' fees; work on the same. | 3.80 | |
| 11-19-23 | MMO | Research/analyze issues re: memorandum in support of attorneys fees. | 2.50 | |
| 11-20-23 | RWH | Drafting of affidavits in support of motion for attorneys' fees, confer with Ms. O'Shields re: motion arguments and status | 1.20 | |
| 11-20-23 | MMO | Research/analyze case law re: barber factors; draft/revise memorandum in support of attorneys' fees. | 11.00 | |
| 11-21-23 | RWH | Travel to Lexington to status conference; participate in status conference; post-conference communications and analysis; return travel to Charleston; review and revise draft motion for attorneys fees. | 7.20 | |

**Exhibit 1**
**Page 5 of 6**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 11-21-23 | RWH | Review and revise draft motion for attorneys fees | 0.90 |
| 11-21-23 | MMO | Research/analyze case law re: barber factors; draft/revise memorandum in support of attorneys' fees. | 7.30 |
| 11-21-23 | MW | Work on preparing evidence of attorney fees and costs as permitted by the Court | 3.00 |
| 11-22-23 | MW | Work on preparing evidence of attorney fees and costs as permitted by the Court and associated briefing. | 6.00 |
| 11-22-23 | RWH | Review, finalize, and file application for attorneys' fees and costs; associated legal research and analysis re: standard for attorneys' fees and other matters; multiple consultations with Mr. Willoughby, Ms. O'Shields, and Ms. Gavin re: fee amounts, time entries, and other issues. | 6.50 |
| 11-22-23 | MMO | Research/analyze case law re: Barber factors; revise/draft memorandum in support of attorney fees. | 10.00 |

Fees Subtotal: $31,215.00

| | |
|---|---|
| **Total** | $31,215.00 |
| **Payment** | $0.00 |
| **Total Balance Due** | $31,215.00 |

**Timekeeper Summary**

| Name | Initials | Hours | Rate | Total |
|---|---|---|---|---|
| Margaret O'Shields | MMO | 34.60 | 375.00 | $12,975.00 |
| Mitchell Willoughby | MW | 9.00 | 700.00 | $6,300.00 |
| Walker Humphrey | RWH | 19.90 | 600.00 | $11,940.00 |
| **Total** | | **63.50** | | **$31,215.00** |

November 22, 2023

Invoice submitted to:

Mitch Willoughby, Esq.
Willoughby & Hoefer
930 Richland Street
Columbia, SC 29201

In Reference To:   Donald Black, et al v. Mantei & Associates et al C/A No.
2019-CP-32-02636

Invoice #      30607

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 9/11/2023 SS | Conference call; Barclays notes | | 5.00 | 1,475.00 |
| CJM | Conference call | | 1.00 | 625.00 |
| 9/12/2023 SS | Barclays notes | | 7.00 | 2,065.00 |
| CJM | Review analysis and declaration | | 0.50 | 312.50 |
| For professional services rendered | | | 13.50 | $4,477.50 |

Balance due                                                                                $4,477.50