**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

Docket Number 3:23-04149-MGL

| | | |
|---|---|---|
| Donald Black, Marcia Black, Larry Martin, Rebecca Martin, Barbara Thompson, and James Thompson, | ) ) ) ) | |
| For Themselves and a Class of Similarly Situated Plaintiffs, | ) ) ) | NOTICE OF APPEAL |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| Mantei & Associates, Ltd., Ricky Alan Mantei, Cindy Chiellini, Centaurus Financial, Inc., and J.P. Turner & Company, L.L.C., | ) ) ) ) | |
| Defendants. | ) ) ) | |

Mantei & Associates, Ltd., Ricky A. Mantei, Cindy Chiellini, Centaurus Financial, Inc., and J.P. Turner and Company, LLC, appeal to the United States Court of Appeals for the Fourth Circuit from the final judgment entered on April 18, 2024.

**MONTGOMERY WILLARD, LLC**

s/ Michael H. Montgomery
Michael H. Montgomery
USDC ID# 3960
1002 Calhoun Street
Columbia, SC 29201
(803) 779-3500
mhm@montgomerywillard.com
Attorneys for Mantei & Associates, Ltd.,
Ricky A. Mantei and Cindy Chiellini

**BOWMAN & BROOKE, LLP**

s/Joel H. Smith
Joel H. Smith
USDC ID# 3910
Kevin J. Malloy
USDC ID# 11419
1441 Main Street, Suite 1200
Columbia, SC 29201-2897
(803) 726-7422
Joel.Smith@bowmanandbrooke.com
Kevin.Malloy@bowmanandbrooke

AND

**BRESSLER, AMERY & ROSS P.C**.
Joshua D. Jones (pro hac vice and
application for admission
to Fourth Circuit pending)
2001 Park Place, Suite 15000
Birmingham, AL 35203
(205) 820-7040
jdjones@bressler.com
ATTORNEYS FOR DEFENDANT
CENTAURUS FINANCIAL, INC.

**NELSON MULLINS RILEY &
SCARBOROUGH LLP**

s/Cory E. Manning
Cory E. Manning, USDC ID# 9697
1320 Main Street / 17th Floor
Post Office Box 11070 (29211-1070)
Columbia, SC 29201
(803) 799-2000
cory.manning@nelsonmullins.com
Scott N. Sherman (admitted pro hac vice)
Atlantic Station
201 17th Street NW, Suite 1700
Atlanta, GA 30363
(404) 322-6231
scott.sherman@nelsonmullins.com
ATTORNEYS FOR DEFENDANT J.P.
TURNER & COMPANY, LLC

Columbia, South Carolina
May 13, 2024